# FILED

09/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0374

IN THE MATTER OF

K.S., K.S. and C.D.,

 Youths in Need of Care.

## ORDER GRANTING MOTION TO CONSOLIDATE

Upon consideration of Appellant Mother A.R.S.'s Motion to Consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 22-0374, 22-0375, and 22-00376 are hereby consolidated under Cause No. DA 21-0374 and henceforth captioned as above.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
September 26 2022